*E-Filed: June 9, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERALYN MORRISON, | No. C14-02371 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **August 5, 2014, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **July 29, 2014**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED**.

Dated: June 6, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-02371 HRL Order will be electronically mailed to:**

Matthew A Rosenthal    mrosenthal@consumerlawcenter.com, akrohn@consumerlawcenter.com, courtfiling@consumerlawcenter.com, matt.a.rosenthal@gmail.com

Ryan Scott Lee    rlee@consumerlawcenter.com, akrohn@consumerlawcenter.com, courtfiling@consumerlawcenter.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**