Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
CHERALYN MORRISON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHERALYN MORRISON, | **Case No.:** 5:14-cv-02371-HRLN |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| MIDLAND CREDIT MANAGEMENT, INC, | |
| Defendant. | |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, CHERALYN MORRISON, by and through her attorneys, KROHN & MOSS,

LTD., hereby voluntarily dismisses the above-entitled case with prejudice.


Dated: July 9, 2014                                    KROHN & MOSS, LTD.


                                                    By:/s/ Ryan Lee, Esq.
                                                    Ryan Lee, Esq.
                                                    Attorney for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By:     /s/ Ryan Lee, Esq.

Ryan Lee, Esq